■ In the Matter of THOMAS J. WOJCIECHOWSKI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [958 NYS2d 642]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Jan. 15, 2013.)

■ In the Matter of RUSSELL J. SCIANDRA, an Attorney, Resignor. [958 NYS2d 643]—Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Jan. 15, 2013.)

■ In the Matter of EZEQUIEL NEUMAN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [958 NYS2d 642]—

A certified copy of plea minutes having been filed showing that Ezequiel Neuman was convicted of bribing a witness, a class D felony, he is disbarred and his name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Jan. 15, 2013.)

■ In the Matter of JEFFREY A. TRANT, an Attorney, Resignor. [958 NYS2d 642]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Jan. 11, 2013.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. PIAZZA, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. PIAZZA, Appellant. (Appeal No. 2.) [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Peradotto and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSSES TRAMMEL, Appellant. [959 NYS2d 86]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Whalen and Martoche, JJ.